UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-                                      25 Mag. 01706-1 (UA)

KEVIN JOSE ALBERTO DIAZ                            **NOTICE OF HEARING**
AGUILERA,

                                      Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       A hearing will be held on **Tuesday, August 5, 2025 at 2:00 p.m.** at 500 Pearl Street, Courtroom 9A, on Defendant's motion to waive venue under Fed. R. Crim. P. 58(c)(2).

       **SO ORDERED.**

DATED:    New York, New York
                 July 8, 2025

                                                    _____
                                                    GARY STEIN
                                                    United States Magistrate Judge