UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                             25 Mag. 01706-1 (UA)

KEVIN JOSE ALBERTO DIAZ AGUILERA,                    **ORDER**

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       In view of the Government's letter of July 18, 2025, the hearing scheduled for **Tuesday, August 5, 2025 at 2:00 p.m.** at 500 Pearl Street, Courtroom 9A, is hereby converted into a plea and sentencing. Any additional submissions are due no later than Friday, August 1, 2025.

       The Clerk of Court is directed to notify the Clerk of the Western District of Texas of Mr. Diaz Aguilera's waiver pursuant to Fed. R. Crim. P. 58(c)(2)(B).

       **SO ORDERED.**

DATED:     New York, New York
                 July 28, 2025

                                                 _____
                                                 GARY STEIN
                                                 United States Magistrate Judge