UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                    25 Mag. 01706-1 (UA)

KEVIN JOSE ALBERTO DIAZ AGUILERA,                         **ORDER**

                                       Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

For the reasons stated on the record today, no sentence of imprisonment was imposed on the Defendant, and the United States Marshals Service is directed to release him from their custody and into the custody of the Department of Homeland Security.

**SO ORDERED.**

DATED:      New York, New York
                 August 5, 2025

                                                      _____
                                                        GARY STEIN
                                                        United States Magistrate Judge